# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:20 am, Jan 28 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America )
v. )
SCOTT RYAN MERRYMAN, )
)
)
)
)

Case No. 22-310-ADC

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 26-27, 2022__ in the county of __Washington__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats Against the President of the United States |
| 18 U.S.C. § 875(c) | Interstate Communication Containing a Threat to Harm |

This criminal complaint is based on these facts:

See attached Affidavit of Secret Service Senior Special Agent Lisa Koerber

☑ Continued on the attached sheet.

_Lisa Koerber_
Complainant's signature

Lisa Koerber, Sr. Special Agent, USSS
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 28 January 2022

_A. David Copperthite_
Judge's signature

City and state: Baltimore, Maryland

Hon. A. David Copperthite, U.S. Magistrate Judge
Printed name and title