# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**　　　　\*

v.　　　　　　　　　　　　　　　\*　　　Case No. 22-mj-0310-ADC

**SCOTT MERRYMAN**　　　　　　　\*

　　　　　　　　　　\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __31st__ day of __January__, __2022__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.


　　　　　　　　　　　　　　　　　_s/ Pamela Meade Sargent_
　　　　　　　　　　　　　　　　　Pamela Meade Sargent
　　　　　　　　　　　　　　　　　United States Magistrate Judge