IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.    Case No.   22-mj-0310-ADC

SCOTT MERRYMAN

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __February 2, 2022__ *(date)* at __11:00 AM__ *(time)* before Judge Mazzone, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (__Defendant to be held at Lehigh__) (Other Custodial Official) and produced for the hearing.

January 31, 2022                        s/ *Pamela Meade Sargent*
Date                                     Pamela Meade Sargent
                                         United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention